TENTATIVE RULING

ISSUED BY JUDGE LOUISE DECARL ADLER

Debtor: MARGARITO VASQUEZ SANCHEZ

Number: 18-01740-LA13

Hearing: 10:00 AM Wednesday, July 11, 2018

Motion: OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY MICHELLE GHIDOTTI OF THE LAW OFFICES OF MICHELLE GHIDOTTI ON BEHALF OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS CERTIFICATE TRUSTEE ON BEHALF OF BOSCO CREDIT II TRUST SERIES 2010-1.

Objection of Deutsche Bank **SUSTAINED.** Unopposed. Plan denied confirmation. Debtor has 2 weeks from date of this hearing to file an amended plan addressing objecting creditor's objections. If no amended plan is filed, creditor shall upload an order dismissing this case.

**NOTE TO COUNSEL**: LBR 3015-5(c) requires a response or opposition be filed within 14 days after service of an objection to confirmation. Because counsel has failed to file a response pursuant to Local Bankruptcy Rule 3015-5(c) which prevents the Court from properly considering the matter on its merits to the detriment of the client, the Court will deduct $150.00 from any guideline fee to which counsel is entitled because of the poor quality of the service provided.