David L. Speckman, SBN 178180  
SPECKMAN LAW FIRM  
1350 Columbia St., Suite 503  
San Diego, CA 92101  
T: 619-696-5151  

_____ Attorney for Debtor(s)

United States Bankruptcy Court  
Southern District of California

In Re:  
MARGARITO VASQUEZ SANCHEZ

Bankruptcy No: 18-01740-LA13  
Hearing Date: August 8, 2018  
Hearing Time: 10:00 AM  
Debtor(s)  
Hearing Dept: 2

## PRE-CONFIRMATION MODIFICATION TO CHAPTER 13 PLAN

Chapter 13 Plan Modification Dated: 08/01/2018

The Chapter 13 Plan dated 07/03/2018, shall be modified as follows:

☐ Plan payment Debtor pays to the Trustee is increased to $_____.

☐ The dividend paid to unsecured creditors is increased to _____%.

☐ The allowed secured claim of _____ in Plan Paragraph _____ shall be paid _____% annual percentage rate of interest.

☐ The filed and allowed unsecured claims shall be paid _____% annual percentage rate of interest.

☒ Part 2.6 of Debtor's Amended Chapter 13 Plan dated July 3, 2018 is here by amended to read: "The total amount of estimated payments to the trustee provided for in Sections 2.1 through 2.5 is $9,576.00"

☒ Part 9 of Debtor's Amended Chapter 13 Plan dated July 3, 2018 is hereby amended to read: "Debtor intends to sell his real property located at 1287 Avenida Amistad, San Marcos, CA 92069, which sale shall be completed no later than April 3, 2019, subject to prior court approval."

Except as hereinabove amended, the above referenced Plan shall remain in full force and effect. This amendment is not effective unless signed by the Chapter 13 Trustee/Trustee's Attorney.

Acknowledged and Agreed:

X _____ Dated: 8/1/18  
Debtor(s) or Debtor(s) Attorney  
(By signing, attorney represents he/she is authorized to sign on behalf of client)

X _____ Dated: 8/1/18  
Chapter 13 Trustee/Trustee's Attorney

Page 1 of 1