TENTATIVE RULING

ISSUED BY JUDGE LOUISE DECARL ADLER

Debtor:     MARGARITO VASQUEZ SANCHEZ
Number:     18-01740-LA13

Hearing:    10:00 AM   Wednesday, August  8, 2018

Motion:     1) OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS CASE. FILED BY DAVID L. SKELTON (Fr 7/11/18)


**MATTER OFF CALENDAR.**   Trustee's objection to confirmation is resolved by PCM filed as ECF #41.

Confirmation order to be submitted.


2) OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN    FILED BY MICHELLE GHIDOTTI OF THE LAW OFFICES OF MICHELLE GHIDOTTI ON BEHALF OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS CERTIFICATE TRUSTEE ON BEHALF OF BOSCO CREDIT II TRUST SERIES 2010-1. (Fr 7/11/18)

Objection to confirmation is now moot.   Debtor has filed a PCM meeting creditor's concerns.

If counsel for Deutsche Bank is prepared to accept the tentative ruling, please advise debtor's counsel and the courtroom deputy and appearances will be excused.