TENTATIVE RULING

ISSUED BY JUDGE LOUISE DECARL ADLER

Debtor:     MARGARITO VASQUEZ SANCHEZ
Number:     18-01740-LA13

Hearing:    10:00 AM   Wednesday, November 14, 2018

Motion:     OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE.   FILED BY MICHELLE GHIDOTTI   ON BEHALF OF DEUTSCHE BANK NATIONAL TRUST COMPANY

Based on counsel's representation contained in the case status report (ECF #49) that this objection may be resolved by the debtor's loan modification scheduled for approval before month's end, this
**MATTER IS CONTINUED TO Dec.   12, 2018 at 10:00 a.m.**

Appearance of counsel at today's hearing is excused.