David L. Skelton, Trustee State Bar No. 96250
Rebecca E. Pennington State Bar No. 174488
Richard L. Stevenson State Bar No. 239705
**OFFICE OF THE CHAPTER 13 TRUSTEE**
525 B Street, Suite 1430
San Diego, CA 92101
Telephone (619) 338-4006
Facsimile (619) 239-5242

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re:

MARGARITO VASQUEZ SANCHEZ

Debtor.

Case No. 18-01740-LA13
Chapter 13 Case

DATE: December 12, 2018
TIME: 10:00 AM
JUDGE: HON. LOUISE D. ADLER
DEPT: 2

TRUSTEE'S STATEMENT OF CASE STATUS

This matter is on calendar for secured creditor Deutsche Bank's Objection to Confirmation of Debtor's plan. Trustee has no objections to the Debtor's plan dated July 3, 2018, as amended by the PCM dated August 1, 2018. Trustee notes that the Debtor is current on plan payments.

Date: November 30, 2018

/s/ Richard L. Stevenson
Attorney for Chapter 13 Trustee

1