**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| In re:<br>Michael A Lopez | Case No.:<br>16-00065-LA13 |
|---|---|
| | **CHANGE OF ADDRESS** |

Change of Address For:  ☐ Debtor(s)   ☐ Creditor's Noticing/Mailing Address
 ☐ Debtor   ☑ Creditor's Payment Address
 ☐ Joint Debtor

ATTORNEYS WHO WISH TO MAKE A CHANGE OF ADDRESS MUST USE OUR E-FILING WEBSITE.

**OLD ADDRESS**

NAME: BSI Financial Services
MAILING ADDRESS: 1425 Greenway Drive, Ste 400
CITY, STATE, ZIP: Irving TX 75038
TELEPHONE NO.: 972-347-4335

**NEW ADDRESS**

NAME: BSI Financial Services
MAILING ADDRESS: 314 S. Franklin Street
CITY, STATE, ZIP: Titusville PA 16354
TELEPHONE NO.: 972-347-4335

☐ Check here if you are a Debtor or Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing Program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number(s) below (DeBN account numbers can be located in the subject title of all emailed court orders and notices. To change your e-mail address(es) for the DeBN program, use EDC Form 3-321 (Debtor's Electronic Noticing Request), select Update to Account Information, and include your new email address at the bottom of the form.

Debtor's DeBN account number_____

Joint Debtor's DeBN account number_____

Dated: 5/1/2018

Requestor's Name: Kristin A. Zilberstein

Requestor's Signature: /s/ Kristin A. Zilberstein

Authorized Agent for BSI Financial Services
Title, if applicable (Corporate Officer, partner, or agent)

EDC 2-085 (Rev. 4/18/16)

| | |
|---|---|
| 1 | Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837) |
| 2 | Jennifer R. Bergh, Esq. (SBN 305219) |
|   | Kristin A. Zilberstein, Esq. (SBN 200041) |
| 3 | LAW OFFICES OF MICHELLE GHIDOTTI |
|   | 1920 Old Tustin Avenue |
| 4 | Santa Ana, CA 92705 |
|   | Ph: (949) 427-2010 |
| 5 | Fax: (949) 427-2732 |
| 6 | kzilberstein@ghidottilaw.com |
| 7 | Attorney for Creditor |
|   | U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust |
| 8 | |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO DIVISION

| In Re: | ) | CASE NO.: 16-00065-LA13 |
|---|---|---|
| | ) | |
| Michael A Lopez, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |

**CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1
CERTIFICATE OF SERVICE

On May 1, 2018 I served the following documents described as:

- **CHANGE OF ADDRESS**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Michael A Lopez<br>3018 Via De Paz<br>Carlsbad, CA 92010<br><br>**Debtor's Counsel**<br>John C. Colwell<br>Law Offices of John C. Colwell, a PLC<br>121 Broadway<br>Ste. 533<br>San Diego, CA 92101 | **Chapter 13 Trustee**<br>Thomas H. Billingslea<br>401 West A Street, Suite 1680<br>San Diego, CA 92101<br><br>**U.S. Trustee**<br>United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101 |
|---|---|

__xx__ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 1, 2018 at Santa Ana, California

/*s / Ariel Del Pinto*/
Ariel Del Pinto

2
CERTIFICATE OF SERVICE