# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

## Hearing Information:

| | |
|---:|:---|
| **Debtor:** | CHAUNTEL MARIE BLACKWOOD |
| **Case Number:** | 17-07347-LA13    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 03, 2018 02:00 PM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | TRISH CALLIHAN |

## Matter:

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS BANKRUPTCY CASE FILED BY THOMAS H. BILLINGSLEA (Fr 8/8/18)

## Appearances:

ANDREW H. GRIFFIN, ATTORNEY FOR CHAUNTEL MARIE BLACKWOOD
BOBBY STYLES, ATTORNEY FOR HSBC BANK
THOMAS H. BILLINGSLEA, JR, TRUSTEE

## Disposition:

Hearing continued to 10/17/18 at 2:00 to provide Trustee with a copy of the Debtor's spouse death cert, copy of Debtor & spouse driver's licenses & provide the State Court doc.