TENTATIVE RULING

ISSUED BY JUDGE LOUISE DECARL ADLER

Debtor:     CHAUNTEL MARIE BLACKWOOD
Number:     17-07347-LA13

Hearing:    02:00 PM   Wednesday, October 17, 2018

Motion:     OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS BANKRUPTCY CASE FILED BY THOMAS H. BILLINGSLEA (Fr 10/3/18)

Trustee's Objection to Plan Confirmation **SUSTAINED**.  Plan denied confirmation; case dismissed.  Counsel for debtor accedes to this result. (ECF #67) in view of facts developed by trustee.

Guideline fees as indicated by Trustee in case status report ECF #66 awarded. Appearances excused.