# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

|  |  |
|---:|:---|
| **Debtor:** | CHAUNTEL MARIE BLACKWOOD |
| **Case Number:** | 17-07347-LA13   **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 17, 2018 02:00 PM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | TRISH CALLIHAN |

### *Matter:*

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS BANKRUPTCY CASE FILED BY THOMAS H. BILLINGSLEA (Fr 10/3/18)

### *Appearances:*

Appearances excused.

### *Disposition:*

Tentative Ruling of the Court is affirmed. Appearance of Counsel is excused.