TENTATIVE RULING

ISSUED BY JUDGE LOUISE DECARL ADLER

Debtor: MICHAEL A LOPEZ

Number: 16-00065-LA13

Hearing: 02:00 PM Wednesday, December 12, 2018

Motion: MOTION FOR RELIEF FROM STAY, RS # MRG-1 .00 FILED BY KRISTIN A. ZILBERSTEIN ON BEHALF OF US BANK TRUST N.A., AS TRUSTEE OF THE IGLOO SERIES III TRUST, ITS SUCCESSORS AND/OR ASSIGNEES (fr 11/28/18)

This matter was continued to this calendar for submission of an APO resolving the motion. If the parties file one in advance of this hearing and notify the courtroom deputy, the Court will excuse the appearance of counsel. In that event, counsel for debtor(s) will be awarded a guideline fee for his/her services.