TENTATIVE RULING

ISSUED BY JUDGE MARGARET M. MANN

Debtor: VALERIE L GROSS

Number: 15-04459-MM13

Hearing: 02:00 PM Tuesday, July 31, 2018

Motion: OPPOSITION BY CHAPTER 13 TRUSTEE TO DEBTOR'S NOTICE OF INTENDED ACTION REGARDING MOTION TO SELL REAL PROPERTY AND APPROVAL OF LISTING AGREEMENT

The court will approved the motion assuming the trustee signs off on the order and his objections are satisfied. Appearances are excused and guideline fees are awarded.