# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | VALERIE L GROSS | | |
| **Case Number:** | 15-04459-MM13 | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, JULY 31, 2018 02:00 PM   DEPARTMENT 1 | | |
| **Bankruptcy Judge:** | MARGARET M. MANN | | |
| **Courtroom Clerk:** | LISA CRUZ | | |
| **Reporter / ECR:** | LYNETTE ALVES | | |

### Matter:

OPPOSITION BY CHAPTER 13 TRUSTEE TO DEBTOR'S NOTICE OF INTENDED ACTION REGARDING MOTION TO SELL REAL PROPERTY AND APPROVAL OF LISTING AGREEMENT

### Appearances:

APPEARANCES EXCUSED

### Disposition:

Tentative Ruling as issued is the Order of the Court.  Appearances waived.